# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**MICHAEL A. McLEAN**
SUPERVISING U.S. PROBATION OFFICER

**JOHN A. SKORUPA**
SUPERVISING U.S. PROBATION OFFICER

July 23, 2008

**109 U.S. COURTHOUSE
402 EAST STATE ST.
TRENTON, NJ 08608**
(609) 989-2071
FAX: (609) 989-2367
www.njp.uscourts.gov

The Honorable William H. Walls
United States District Judge
Martin Luther King, Jr. U.S. Courthouse
P.O. Box 0999
Newark, New Jersey 07102

**RE: HILDEBRANDT, John
Docket # 95-239-01 & 95-538-01**

Dear Judge Walls:

On July 29, 2003, Mr. Hildebrandt was sentenced by Your Honor to 5 years of probations following convictions for Fraud and Federal Statute. In addition to the mandatory $150 special assessment fees and the standard conditions of probation, the following special conditions were imposed: 6 months of home confinement with electronic monitoring, financial disclosure, no new debt and pay restitution in the amount of $116,944.

During the period of supervision, the offender had been complaint with all conditions of the court with the exception of pay the restitution. Mr. Hildebrandt's financial situation has deteriorated over the past year and half and he has been unable to make the required payments. To our knowledge, the offender has remained free of further criminal activity. Supervision is scheduled to terminated on July 28, 2008, however a restitution balance in the amount of $108,994. The offender has paid $8,100 to date.

The probation officer respectfully requests that supervision be permitted to expire as scheduled, with the restitution payments to be collected by the Financial Litigation Unit of the U.S. Attorney's Office in New Jersey. I am available to discuss this matter further and may be contacted at (609)989-2098.

*Supervision may expire 9/Sept 08* [handwritten note with signature]

The Honorable William H. Walls
Page 2
July 23, 2008

                                              Very truly yours,

                                              CHRISTOPHER MALONEY, Chief
                                              U.S. Probation Officer

                                              *Patricia C. Jensen*

                                              By: Patricia Cassidy Jensen
                                                  U.S. Probation Officer Assistant

/pcj